IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Louis Mathews, Jr.,

    Plaintiff(s),

vs.

State of Ohio,

    Defendant(s).

Case Number: 1:19cv193

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 11, 2019 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Plaintiff filed two motions since the Report and Recommendation was issued. One motion was for Civil Action Suit Speedy Hearing Day of Judgment (Doc. 6) and the other motion was to the Court for relief of $11,000,000 (Doc. 7). The Court DENIES both of these motions as MOOT.

Accordingly, this action is DISMISSED with prejudice for failure to state a claim for relief. It is further ORDERED that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, and therefore, plaintiff is DENIED leave to appeal *in forma pauperis* upon a showing of financial necessity. See Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Judge Susan J. Dlott
           United States District Court