IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Louis Matthews, Jr., : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:19cv193 |
| vs. : | |
| : | Judge Susan J. Dlott |
| State of Ohio, : | |
| : | |
| Defendant. : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on April 14, 2021(Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 28, 2021, hereby ADOPTS said Report and Recommendations.

Accordingly, it is therefore Ordered that Plaintiff's motions (Docs. 10, 11, 12) are Denied. It is further Ordered that Plaintiff's recommendation motion (Doc. 14) is Denied.

IT IS SO ORDERED.

                                                                                                                                  s/Susan J. Dlott
                                                                                                                                  Judge Susan J. Dlott
                                                                                                                                  United States District Court